UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 3 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| REBEKAH CHARLESTON; ANGELA DELGADO-WILLIAMS, <br><br>Plaintiffs-Appellants, <br><br> and <br><br> LEAH ALBRIGHT-BYRD, <br><br> Plaintiff, <br><br> v. <br><br> STATE OF NEVADA; et al., <br><br> Defendants-Appellees, <br><br> and <br><br> LANCE GILMAN; et al., <br><br> Movants. | No. 19-17423 <br><br> D.C. No. 3:19-cv-00107-MMD-WGC <br> District of Nevada, Reno <br><br> ORDER |

A review of the record suggests that this court may lack jurisdiction over the appeal because the notice of appeal was not filed within 30 days after the district court's judgment entered on October 30, 2019. *See* 28 U.S.C. § 2107(a); Fed. R. App. P. 4(a)(1)(A).

Within 21 days after the date of this order, appellants shall move for voluntary dismissal of the appeal or show cause why it should not be dismissed for lack of

LCC/MOATT

jurisdiction. If appellants elect to show cause, a response may be filed within 10 days after service of the memorandum.

If appellants do not comply with this order, the Clerk shall dismiss this appeal pursuant to Ninth Circuit Rule 42-1.

Briefing is suspended pending further order of the court.

                                            FOR THE COURT:

                                            MOLLY C. DWYER
                                            CLERK OF COURT


                                            By: Lance C. Cidre
                                            Deputy Clerk
                                            Ninth Circuit Rule 27-7