UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 3 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| REBEKAH CHARLESTON; ANGELA DELGADO-WILLIAMS, <br><br> Plaintiffs-Appellants, <br><br> and <br><br> LEAH ALBRIGHT-BYRD, <br><br> Plaintiff, <br><br> v. <br><br> STATE OF NEVADA; et al., <br><br> Defendants-Appellees, <br><br> and <br><br> LANCE GILMAN; et al., <br><br> Movants. | No. 19-17423 <br><br> D.C. No. 3:19-cv-00107-MMD-WGC <br> District of Nevada, Reno <br><br> ORDER |

The December 3, 2019 order to show cause is vacated as issued in error.

LCC/MOATT

The previously established briefing schedule is reinstated.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Lance C. Cidre
Deputy Clerk
Ninth Circuit Rule 27-7