UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 05 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| REBEKAH CHARLESTON; ANGELA DELGADO-WILLIAMS, <br><br>　　　　Plaintiffs - Appellants, <br><br>　v. <br><br>STATE OF NEVADA; et al., <br><br>　　　　Defendants - Appellees. | No. 19-17423 <br><br> D.C. No. 3:19-cv-00107-MMD-WGC <br> U.S. District Court for Nevada, Reno <br><br> **ORDER** |

The opening brief submitted on March 4, 2020 and the excerpts of record submitted on March 4, 2020 by Rebekah Charleston and Angela Delgado-Williams are filed.

No paper copies are required at this time.

　　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　By: Liora Anis
　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　　　Ninth Circuit Rule 27-7