# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| REBEKAH CHARLESTON; ANGELA DELGADO-WILLIAMS, | No. 19-17423 |
| Petitioner-Appellants, | D.C. No. 3:19-cv-00107-MMD-WGC |
| and LEAH ALBRIGHT-BYRD | (District of Nevada, Reno) |
| Plaintiff, | |
| vs. | |
| STATE OF NEVADA; *et al.*, | |
| Defendant-Appellees. | |
| LANCE GILMAN; *et al.*, | |
| Movants. | |

*Appeal from the United States District Court
for the District of Nevada*

### STATE OF NEVADA'S NOTICE

AARON D. FORD
  Attorney General
GREGORY L. ZUNINO (# 4805)
  Deputy Solicitor General
Office of the Attorney General
100 North Carson Street
Carson City, Nevada 89701
(775) 684-1237 (phone)
gzunino@ag.nv.gov
*Attorneys for State of Nevada*

## NOTICE OF EXTENSION DUE TO COVID-19

The Court is notified that due to logistical issues related to the COVID-19 virus, State of Nevada requires a 60-day extension of time to file the Answering brief, currently due on April 4, 2020, therefore the new date for filing would be June 3, 2020.

Dated this 30th day of March 2020.

AARON D. FORD
  Attorney General
GREGORY L. ZUNINO (Bar 4805)
  Deputy Solicitor General
State of Nevada
Office of the Attorney General
100 North Carson Street
Carson City, Nevada 89701
(775) 684-1237 (phone)
(775) 684-1108 (fax)
gzunino@ag.nv.gov

*Attorneys for the State of Nevada*

2

# CERTIFICATE OF COMPLIANCE PURSUANT TO FED. R. APP- P. 32(a)(7)(C) and CIRCUIT RULE 32-1 FOR CASE NUMBER 19-17423

Pursuant to Fed. R. App. P. 32(a)(7)(B) because this notice contains 322 words, excluding part of the notice exempted by Fed. R. App. P. 32(a)(7)(B)(iii).

I certify that this notice is proportionately spaced, has a typeface using Microsoft Word in fourteen-point Century Schoolbook.

Dated: March 30, 2020.

                                AARON D. FORD
                                Attorney General

                                By: *Gregory L. Zunino*
                                       GREGORY L. ZUNINO
                                       Deputy Solicitor General

## CERTIFICATE OF SERVICE

I hereby certify that I have this 30th of March caused the foregoing State of Nevada's Notice of Extension of Time to file Answering Brief to be (1) served electronically upon each party.

/s/ *Sandra Geyer*
Sandra Geyer, an employee of
the office of the Nevada Attorney General

3