No. 19-17423

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

REBEKAH CHARLESTON; ANGELA
DELGADO-WILLIAMS,
      Plaintiffs-Appellants,

  and

LEAH ALBRIGHT-BYRD,
      Plaintiff,

  vs.

STATE OF NEVADA; STEVE SISOLAK;
LEGISLATURE OF THE STATE OF
NEVADA,
      Defendants-Appellees,

  and

LANCE GILMAN; CASH PROCESSING
SERVICES, INC.; RUSSELL GREER,
      Proposed Intervenor-Defendants.

Appeal from U.S. District Court,
District of Nevada, Reno,
No. 3:19-cv-00107-MMD-WGC

## NEVADA LEGISLATURE'S NOTICE OF EXTENSION
## FOR ANSWERING BRIEF DUE TO COVID-19 VIRUS

**KEVIN C. POWERS**, Chief Litigation Counsel
Nevada Bar No. 6781
NEVADA LEGISLATIVE COUNSEL BUREAU, LEGAL DIVISION
401 S. Carson St.
Carson City, NV 89701
Tel: (775) 684-6830; Fax: (775) 684-6761
E-mail: kpowers@lcb.state.nv.us
*Attorneys for Defendant-Appellee Legislature of the State of Nevada*

## <u>NEVADA LEGISLATURE'S NOTICE OF EXTENSION<br>FOR ANSWERING BRIEF DUE TO COVID-19 VIRUS</u>

NOTICE: The court is notified that due to logistical issues related to the COVID-19 virus, Defendant-Appellee Legislature of the State of Nevada requires a 60-day extension of time to file its answering brief, currently due on April 3, 2020.

DATED:   This **30th** day of March, 2020.

Respectfully submitted,

By:  /s/  Kevin C. Powers
    **KEVIN C. POWERS**, Chief Litigation Counsel
    Nevada Bar No. 6781
    NEVADA LEGISLATIVE COUNSEL BUREAU, LEGAL DIVISION
    401 S. Carson St.
    Carson City, NV 89701
    Tel: (775) 684-6830; Fax: (775) 684-6761
    E-mail: kpowers@lcb.state.nv.us
    *Attorneys for Defendant-Appellee Legislature of the State of Nevada*

## <u>CERTIFICATE OF SERVICE FOR ELECTRONIC FILING</u>

**Service on Case Participants Who Are Registered for Electronic Filing:**
[X]   I hereby certify that I electronically filed and served the foregoing document on this date with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing system.

**Service on Case Participants Who Are <u>NOT</u> Registered for Electronic Filing:**
[X]   I hereby certify that I served the foregoing document on this date, having obtained prior consent, by email to the following unregistered case participants *(list each name and email address)*:

| | |
|---|---|
| **Gus W. Flangas, Esq.**<br>**Jessica K. Peterson, Esq.**<br>FLANGAS DALACAS LAW GROUP<br>3275 S. Jones Blvd. Ste. 105<br>Las Vegas, NV 89146<br>gwf@fdlawlv.com<br>jkp@fdlawlv.com<br>*Attorneys for Proposed Intervenor-*<br>*Defendants Lance Gilman and Cash*<br>*Processing Services, Inc.* | **Russell Greer**<br>7901 South 3200 West<br>P.O. Box 152<br>West Jordan, UT 84088<br>russmark@gmail.com<br>*Pro Se Proposed Intervenor-Defendant* |

**Description of Document** (*required for all documents*)**:**

| |
|---|
| Nevada Legislature's Notice of Extension for Answering Brief<br>Due to COVID-19 Virus |

**Signature**  /s/  Kevin C. Powers          **Date**  March 30, 2020