RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

APR 27 2020

FILED_____
DOCKETED_____
DATE        INITIAL

Russell Greer
7901 South 3200 West
P.O. Box 152
West Jordan, Utah 84088
801-895-3501
russmark@gmail.com
Pro Se Litigant

# IN THE UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

19-17423

| REBEKAH CHARLESTON, | PROPOSED INTERVENOR DEFENDANT'S NOTICE OF CHANGE OF ADDRESS |
|---|---|
| Plaintiff | |
| v. | Case No.: 0:19-cv-17423 |
| STATE OF NEVADA ET AL, | |
| Defendant | |

1

Proposed Defendant-Intervenor Russell Greer files this Notice of Change of Address and informs the Court that his new address is:

Russell Greer<br>
7901 South 3200 West<br>
P.O. Box 152<br>
West Jordan, Utah 84088

Respectfully submitted this 27th day of December, 2019.

Respectfully,

Russell Greer
Pro Se Litigant
/rgreer/

## CERTIFICATE OF SERVICE:

Pursuant to FRCP 5(b), I certify that on December 27th, 2019, I served a true and correct copy of the attached document by Electronic Mail on the following:

Jason D. Guinasso
jguinasso@hutchlegal.com


Nevada State Legislature
Kevin Powers
kpowers@lcb.state.nv.us


State of Nevada
Gregory Zunino
GZunino@ag.nv.gov


Gus Flangas
gwf@fdlawlv.com