UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 04 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| REBEKAH CHARLESTON; ANGELA DELGADO-WILLIAMS, <br><br> Plaintiffs - Appellants, <br><br> and <br><br> LEAH ALBRIGHT-BYRD, <br><br> Plaintiff, <br><br> v. <br><br> STATE OF NEVADA; et al., <br><br> Defendants - Appellees, <br><br> and <br><br> LANCE GILMAN; et al., <br><br> Movants. | No. 19-17423 <br><br> D.C. No. 3:19-cv-00107-MMD-WGC <br> U.S. District Court for Nevada, Reno <br><br> **ORDER** |

The Court sua sponte grants appellees Steve Sisolak and State of Nevada a 1 day extension of time to file the answering brief, which was not timely submitted. The answering brief submitted on June 3, 2020 by Steve Sisolak and State of Nevada is filed. No paper copies are required at this time. The existing briefing schedule remains in effect.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Khanh Thai
Deputy Clerk
Ninth Circuit Rule 27-7