UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

```
                  ┌─────────────────────┐
                  │  FILED              │
                  │                     │
                  │  JUL 28 2020        │
                  │                     │
                  │  MOLLY C. DWYER, CLERK │
                  │  U.S. COURT OF APPEALS │
                  └─────────────────────┘
```

REBEKAH CHARLESTON;
ANGELA DELGADO-WILLIAMS,

        Plaintiffs - Appellants,

and

LEAH ALBRIGHT-BYRD,

        Plaintiff,

  v.

STATE OF NEVADA; et al.,

        Defendants - Appellees,

and

LANCE GILMAN; et al.,

        Movants.

No. 19-17423

D.C. No. 3:19-cv-00107-MMD-WGC
U.S. District Court for Nevada, Reno

**ORDER**

The reply brief submitted by Appellants Rebekah Charleston and Angela Delgado-Williams is filed.

The Court previously filed the opening and answering briefs and excerpts of record and supplemental excerpts of record submitted by Appellants Rebekah Charleston and Angela Delgado-Williams and Appellees Legislature of the State of Nevada, Steve Sisolak, and State of Nevada.

*Within 7 days of this order, the filer of each brief is ordered to file 6 copies of that brief in paper format, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. The Form 18 certificate is available on the Court's website at* [http://www.ca9.uscourts.gov/forms/form18.pdf](http://www.ca9.uscourts.gov/forms/form18.pdf)*.*

The covers of the opening brief must be blue.

The covers of the answering brief must be red.

The covers of the reply brief must be gray.

*Within 7 days of this order, the filer of each set of excerpts of record is ordered to file 3 copies of that set of excerpts in paper format securely bound on the left side, with white covers.*

The paper copies shall be submitted to the principal office of the Clerk. The address for regular U.S. mail is P.O. Box 193939, San Francisco, CA 94119-3939. The address for overnight mail is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Liora Anis
Deputy Clerk
Ninth Circuit Rule 27-7