UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 04 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| REBEKAH CHARLESTON; ANGELA DELGADO-WILLIAMS, <br><br> Plaintiffs - Appellants, <br><br> and <br><br> LEAH ALBRIGHT-BYRD, <br><br> Plaintiff, <br><br> v. <br><br> STATE OF NEVADA; et al., <br><br> Defendants - Appellees, <br><br> and <br><br> LANCE GILMAN; et al., <br><br> Movants. | No. 19-17423 <br><br> D.C. No. 3:19-cv-00107-MMD-WGC <br> U.S. District Court for Nevada, Reno <br><br> **MANDATE** |

The judgment of this Court, entered December 10, 2020, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rhonda Roberts
Deputy Clerk
Ninth Circuit Rule 27-7